**Opinion issued February 11, 2021**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-19-00534-CV

_____

**ANDREW J.C. KUNIAN, Appellant**

**V.**

**EOS INVESTMENT GROUP, LLC AND EOS LNG GROUP, LLC, Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-20153**

---

### MEMORANDUM OPINION

This case was submitted to the panel on January 27, 2021, but no opinion has issued yet. The parties now request dismissal of the appeal under Rule 42.1 of the Texas Rules of Appellate Procedure. We grant their joint motion.

This appeal is DISMISSED without prejudice. The matter is remanded to the trial court. All parties shall bear their own costs and attorney's fees.

Sarah Beth Landau
Justice

Panel consists of Justices Goodman, Landau, and Guerra.